# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2022-1490

———————————————

KADEEM CORDALE DEBOSE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Alachua County.
David P. Kreider, Judge.

November 6, 2024

ON MOTION FOR WRITTEN OPINION

PER CURIAM.

We grant Appellant's motion for written opinion, withdraw our per curiam affirmance dated July 29, 2024, and substitute the following opinion in its place.

AFFIRMED. *See Parks v. State*, 371 So. 3d 392 (Fla. 1st DCA 2023), *review granted*, SC2023-1355, 2024 WL 370043 (Fla. Jan. 31, 2024).

BILBREY and WINOKUR, JJ., concur; B.L. THOMAS, J., dissents without opinion.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Kathryn Lane, Assistant Public Defender, Tallahassee, for Appellant; Kadeem Cordale Debose, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.